# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**ERICK RODRIGUEZ-RUIZ,**          **CASE NO. 1:12-cv-674**

    Petitioner,          **Judge Timothy S. Black**

    **-vs-**

**SECRETARY, DEPARTMENT OF HOMELAND SECURITY,** *et al.***,**

    Respondents.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Respondent's Motion to Dismiss (Doc. 7) is **GRANTED** and that the case is **TERMINATED** from the docket.

Date: October 23, 2012                    **JOHN P. HEHMAN, CLERK**
                                                                                            By: s/ M. Rogers
                                                                                          Deputy Clerk